IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 21 - 380 (CKK) |
| BRIAN RAYMOND | : |

## NOTICE OF APPEAL

Name and Address of appellant:	Brian Raymond
Reg. No. 96169-298
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19105

Name and Address of appellant's attorney:

Howard B. Katzoff
717 D Street, N.W., Suite 310
Washington, D.C. 20004

Offenses:   Count 1) Sexual Abuse in violation of 18 U.S.C. 2242;   Count 6) Abusive Sexual Contact in violation of 18 U.S.C. 2244(a);  Count 17) Enticement to Travel in violation of 18 U.S.C. 2422(a);  and Count 19) Transportation of Obscene Material in violation of 18 U.S.C. 1462(a).

Concise Statement of judgment or order, giving date and any sentence: On November 7, 2023, defendant pleaded guilty to the four counts listed above. On September 18, 2024, the court imposed a sentence of 360 months, followed by supervised release for life.  The Criminal Judgment has not been filed yet.

Name of Institution Where Confined:   FDC Philadelphia, Federal Correctional Institution

I, Brian Raymond, through undersigned counsel, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

September 30, 2024                                     Howard  B.  Katzoff
DATE                                                             ATTORNEY FOR APPELLANT

CJA, NO FEE   Yes  - Counsel was appointed under CJA on November 1, 2023
PAID USDC FEE   N/A         PAID USCA FEE   N/A
Does counsel wish to appear on appeal?                             Yes
Has counsel ordered transcripts?                                         No
Is this appeal pursuant to the 1984 Sentencing Reform Act?    Yes